IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA BREWER                                                                                   PLAINTIFF

V.                                       NO. 3:12CV00162 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 22nd day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE